**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LISA R. MURPHY,**                                                                      **PLAINTIFF**
**ADC 760343**

**v.**                              **Case No. 3:19-cv-00384-LPR**

**BRADLEY,** *et al.*                                                                     **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.   There have been no objections.   After a review of those proposed findings and recommendations, the Court adopts them in their entirety.[1]

IT IS THEREFORE ORDERED that:

1.      Plaintiff Murphy's Motion to Proceed *In Forma Pauperis* (Doc. 1) is DENIED.

2.      Plaintiff's Motion to Appoint Counsel (Doc. 3) is DENIED as moot.

3.      Should Plaintiff wish to continue this case, she must submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case.   Upon receipt of the motion and full payment, the case will be reopened.

4.      Plaintiff's Complaint is DISMISSED without prejudice.

Dated this 3rd day of February 2020.


Lee P. Rudofsky _____
UNITED STATES DISTRICT JUDGE

---

[1] I do wish to further explain one point.  The proposed findings and recommendations state that "[s]hould Plaintiff wish to continue this case, she [is] required to submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case."  (Doc. 4 at 6).  Even if the fee is paid, the Complaint fails to state a viable cause of action.  Dismissal without prejudice results from that defect.