# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LISA R. MURPHY,                                                                                    PLAINTIFF
ADC 760343

v.                              Case No. 3:19-cv-00384-LPR

BRADLEY, *et al.*                                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on February 3, 2020, it is considered, ordered and adjudged that Plaintiff's case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 3rd day of February 2020.

                                                    Lee P. Rudofsky
                                                    UNITED STATES DISTRICT JUDGE